IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 FEB -9  P 4: 40

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY | * |
| | * |
| Plaintiff | * |
| | * |
| -v- | Civil Action No. L-00-3370 |
| | * |
| CHONG SUN KONG | * |
| | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Metropolitan Life Insurance Company, by its undersigned attorneys, hereby dismisses this action without prejudice. The Defendant has moved to California, and service of process in Maryland has been impossible.

_____
J. Snowden Stanley, Jr. (Fed. No. 00059)

SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, Maryland 21201
(410) 539-5040
Attorneys for Plaintiff,
Metropolitan Life Insurance Company

**Of Counsel:**
Siobhan E. Moran
MORAN & d'ARCAMBAL
265 Sunrise Highway
Rockville Centre, New York 11570
(516) 678-6660

**ORDER**

The foregoing Stipulation is hereby approved, and this matter is dismissed without prejudice.

2/12/01
_____
Date

_____
Judge, United States District Court
For the District of Maryland

(B0173421.WPD;1)                3